IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BURT LEON SETTS,**

    *Petitioner*,

v.                                      Case No.: 4:25cv227-MW/MAF

**JARED ANDERSON,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Petitioner's objections, ECF No. 6.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 4, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. This § 2241 petition is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Fort Myers Division, for all further proceedings. The Clerk shall take all steps necessary to transfer this case.

**SO ORDERED on June 16, 2025.**

                                                  **s/Mark E. Walker         **
                                                  **Chief United States District Judge**