UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BURT LEON SETTS,

Petitioner,

v. Case No.: 2:25-cv-00521-SPC-NPM

JARED ANDERSON,

Respondent.
_________________________________/

**OPINION AND ORDER**

This case comes before the Court on limited remand from the Eleventh Circuit. The Court denied petitioner Burt Leon Setts' habeas petition because he did not exhaust his claims in state court before seeking federal habeas relief. The Court also declined to issue a certificate of appealability (COA) for the denial of habeas relief. Setts twice moved to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) because the Court did not address the merits of his claims. The Court determined it correctly dismissed the petition without reaching the merits and denied the Rule 59(e) motions, but the Court did not grant or deny a COA in those post-judgment orders. Setts appealed, and the Eleventh Circuit remanded the case so the Court can decide whether a COA is warranted to appeal the denial of the Rule 59(e) motions.

A detainee seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition. 28 U.S.C. § 2253(c)(1). Rather,

a district court must first issue a certificate of appealability ("COA"). "A [COA] may issue...only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, Setts must demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further,'" *Miller–El*, 537 U.S. at 335-36. Setts has not made the requisite showing. As explained in each of the Court's prior orders, Setts must exhaust his claims in state court before filing a federal habeas action.

Accordingly, Setts is not entitled to a certificate of appealability on the denial of his Rule 59(e) motions.

**DONE** and **ORDERED** in Fort Myers, Florida on October 9, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record
11th Circuit Court of Appeals